

396 P.3d 1157

**K.G., Petitioner-appellant,**

**v.**

**D.D. and Child Support Enforcement Agency, State of Hawaii, Respondents-appellees**

**NO. CAAP-16-0000408**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 29, 2017.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT (FC-P NO. 15-1-0168)

SUMMARY DISPOSITION ORDER

Affirmed.

396 P.3d 1157

**IN the INTEREST OF LR**

**NO. CAAP-16-0000512**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 29, 2017.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT (FC-S NO. 15-1-0111)

SUMMARY DISPOSITION ORDER

Affirmed.

396 P.3d 1157

**IN the INTEREST OF P CHILDREN**

**NO. CAAP-16-0000696**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 29, 2017.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-S NO. 14-00112)

SUMMARY DISPOSITION ORDER

Affirm.

396 P.3d 1157

**Thaddeaus ZIEMLAK, Successor Trustee of the Marguerite M. Ziemlak Revocable Living Trust, Plaintiff-Appellee,**

**v.**

**Ji Won KEELEY, Defendant/Third-Party Plaintiff-Appellant,**

**and**

**Estate of Stanley F. Ziemlak, Defendant-Appellee,**

**and**

**John Does 1-20, Jane Does 1-20, DOE Partnerships 1-20, DOE Limited Liability Companies 1-20, and DOE Entities 1-20, Defendants,**

**v.**

**First Honolulu Securities, Inc., Third-party Defendant-Appellee**

**NO. CAAP-14-0001017**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 12-1-2576)

**20**

## SUMMARY DISPOSITION ORDER

Vacate. Remanded.

396 P.3d 1158

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Walter BROWN, Defendant-Appellant**

**NO. CAAP-15-0000354**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 13-1-1006)

## MEMORANDUM OPINION

Affirm.

396 P.3d 1158

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Giang PHAM, Defendant-Appellant**

**NO. CAAP-16-0000404**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 15-1-0808)

## MEMORANDUM OPINION

Affirm.

396 P.3d 1158

**DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for the Certificateholders of Soundview Home Loan Trust 2006-OPT2, Asset-backed Certificates, Series 2006-OPT2, a National Banking Association, Plaintiff-Appellee,**

v.

**Yvonne GARCIA, Winona Apuna; Marshall Alan Motia Mindoro; and Melina Kanoalani Mindoro, Defendants-appellants**

and

**John and Mary Does 1-10, Defendants**

**NO. CAAP-14-0000909**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (CIVIL NO. 11-1-0258(3))

## SUMMARY DISPOSITION ORDER

Vacate and remand.

